**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP (SBN 237615)
SUSAN K. LEADER (SBN 216743)
GALIT A. KNOTZ (SBN 252962)
JONATHAN P. SLOWIK (SBN 287635)
gknopp@akingump.com
sleader@akingump.com
gknotz@akingump.com
jpslowik@akingump.com
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Telephone:   310-229-1000
Facsimile:    310-229-1001

Attorneys for Defendant
DIRECTV, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VARAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTV, LLC,<br><br>　　　　Defendant. | Case No. 2:16-cv-01395-SVW-AS<br><br>**DEFENDANT DIRECTV, LLC'S NOTICE OF LODGING USB DRIVE CONTAINING CHAMBERS COPIES OF COMPENDIUM OF EVIDENCE SUBMITTED IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION**<br><br>Date:　September 11, 2017<br>Time:　1:30 p.m.<br>Dept.:　10A<br>Judge:　Stephen V. Wilson<br><br>[Notice of Motion and Motion for Summary Adjudication, Separate Statement, Compendium of Evidence and [Proposed] Order filed concurrently]<br><br>Date Action Filed:　February 29, 2016<br>Pretrial Conference: November 20, 2017<br>Trial Date:　November 21, 2017 |

Defendant DirecTV, LLC hereby gives notice that it is lodging on July 10, 2017, with the Court a USB drive containing electronic <u>chambers copies</u> of the Compendium of Evidence submitted in support of its Motions for Summary Adjudication, in lieu of providing the Court with hard copies of that document because it is bulky and duplicated in its entirety across nine related cases.

The Compendium of Evidence is being e-filed concurrently with Defendant's Motion for Summary Adjudication in each of the nine cases today.[1]

Dated: July 7, 2017             **AKIN GUMP STRAUSS HAUER & FELD LLP**

                                By    *s/ Gregory W. Knopp*
                                        Gregory W. Knopp
                                     Attorneys for Defendant
                                        DIRECTV, LLC

---

[1] The cases are *Canh Le v. DIRECTV, LLC*, Case No. 2:16-cv-01369-SVW-AS, *Jeremy Lasater v. DIRECTV, LLC,* Case No. 2:16-cv-01373-SVW-AS, *David Varas v. DIRECTV, LLC,* Case No. 2:16-cv-01395-SVW-AS, *Mendamar Lkhagvadorj v. DIRECTV, LLC,* Case No. 2:16-cv-01502-SVW-AS, *Henry Trujeque v. DIRECTV, LLC,* Case No. 2:16-cv-01477-SVW-AS, *Paul Guizk v. DIRECTV, LLC,* Case No. 2:16-cv-01967-SVW-AS, *Jeffrey Kidd v. DIRECTV, LLC,* Case No. 2:16-cv-01506-SVW-AS, *Armando Solis Juarez v. DIRECTV, LLC,* Case No. 5:16-cv-00400-SVW-AS, and *Jamie Nault v. DIRECTV, LLC,* Case No. 2:16-cv-05721-SVW-AS.