1
2
3
4
5
6
7
8
9
10

11          UNITED STATES DISTRICT COURT
12          CENTRAL DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| DAVID VARAS, | Case No. 2:16-cv-01395-SVW-AS |
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| v. | |
| DIRECTV, LLC, | Date Action Filed:   February 29, 2016<br>Pretrial Conference: November 20, 2017<br>Trial Date:              November 21, 2017 |
| Defendant. | |

1   This action came before the Court, Honorable Stephen V. Wilson presiding, on
2   the motion for partial summary judgment by plaintiffs Canh Le, Paul Guzik, Armando
3   Solis Juarez, Jeffrey Kidd, Jeremy Lasater, Mendamar Lkhagvadorj, Henry Trujeque,
4   David Varas, and Jamie Nault (collectively, "Plaintiffs"), and defendant DirecTV, LLC's
5   cross-motion for summary judgment.  On September 11, 2017, at 1:30 p.m. in
6   Courtroom 10A of the above-entitled Court, the motions came on for hearing before this
7   Court.  The parties appeared through their counsel of record.
8   As to plaintiff David Varas, after considering all of the papers filed herein, the
9   authorities submitted by the parties, and counsel's oral argument, no genuine issue of
10  material fact appearing, and good cause appearing, Plaintiffs' motion for partial
11  summary judgment is DENIED, and DirecTV's cross-motion for summary judgment is
12  GRANTED.
13  The issues having been fully considered and a decision having been duly
14  rendered, IT IS ORDERED AND ADJUDGED that plaintiff David Varas take nothing,
15  that the action be dismissed with prejudice, and that defendant DirecTV, LLC recover its
16  costs.

18  Dated: _____, 2017        By _____
19                                       Hon. Stephen V. Wilson
                                         United States District Judge