Jason Hartley, CA Bar No. 192514
STUEVE SIEGEL HANSON LLP
500 West C Street, Suite 1750
San Diego, California 92101
Telephone: 619-400-5822
Facsimile: 619-400-5832
Email: hartley@stuevesiegel.com

J. Toji Calabro, CA Bar No. 239950
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816-714-7100
Facsimile:  816-714-7101
Email:  calabro@stuevesiegel.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| **David Varas,**<br><br>　　　　　　**Plaintiff,**<br><br>**v.**<br><br>**DIRECTV, LLC,**<br><br>　　　　　　**Defendant.** | **Case No.  16-cv-1395 SVW-AS**<br><br>**NOTICE OF PLAINTIFF'S OPPOSITION TO DEFENDANT DIRECTV, LLC'S MOTION FOR SUMMARY ADJUDICATION REGARDING FLSA CLAIMS AND DAMAGES**<br><br>**Hon. Stephen V. Wilson** |

**TO:   THE CLERK OF THE COURT AND ALL PARTIES AND THEIR RESPECTIVE COUNSEL:**

　　**PLEASE TAKE NOTICE** that on August 9, 2017, the plaintiffs in this and

the following related cases:

*Paul Guzik v.  Directv, LLC*; Case No. 2:16-cv-01967
*Armando Solis Juarez v. Directv, LLC*, Case No. 5:16-cv-00400
*Jeffrey Kidd v. Directv, LLC*, Case No. 2:16-cv-01506
*Canh Le v. Directv, LLC*, Case No. 2:16-cv-01369
*Jeremy Lasater v. Directv*, Case No. 2:16-cv-01373
*Mendamar Lkhagvadorj,* Case No 2:16-cv-01502
*Henry Trujeque v. Directv, LLC*, Case No. 2:16-cv-01477
*David Varas v. Directv, LLC,* Case No. 2:16-cv-01395
*Jamie Nault v. Directv, LLC,* Case No. 2:16-cv-05721

filed their oppositions to Defendant DIRECTV, LLC's Motion for Summary Adjudication regarding FLSA Claims and Damages (*Le* Dkt. 85).  DIRECTV filed an identical set of motion papers in all of the related cases.  Accordingly, in the interests of judicial economy and efficiency, and pursuant to the Court's In Chambers Order Setting Schedule (*Le* Dkt. 74 at 1), Plaintiffs filed only one set of opposition papers in the *Le* case that is applicable to each of the related cases still pending before the Honorable Stephen V. Wilson, including this one.

Plaintiffs' opposition is based on the records in *Guzik, Juarez, Kidd, Le, Lasater, Lkhagvadorj, Trujeque, Varas, and Nault,* including the following documents filed in the *Le* matter: Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Adjudication Regarding FLSA Claims and Damages; Plaintiffs' Separate Statement of Genuine Disputes in Opposition to Defendant's Motion for Summary Adjudication Regarding FLSA Claims and Damages Issues; Plaintiffs' Separate Statement of Additional Facts in Opposition to Defendant's Motion for Summary Adjudication Regarding FLSA Claims and Damages; the Declaration of J. Toji Calabro in Opposition to Defendant's Motion for Summary Adjudication Regarding FLSA Claims and Damages and all exhibits attached thereto,  and such further evidence, arguments and briefing as may be allowed or presented at or before the hearing on this motion.

Dated: August 9, 2017                **STUEVE SIEGEL & HANSON LLP**


By  */s/  J. Toji Calabro*
J. Toji Calabro, CA Bar No. 239950
George A. Hanson, *Pro Hac Vice*
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816-714-7100
Facsimile:  816-714-7101
Email:  calabro@stuevesiegel.com

Jason Hartley, CA Bar No. 192514
**STUEVE SIEGEL HANSON LLP**
500 West C Street, Suite 1750
San Diego, California 92101
Telephone: 619-400-5822
Facsimile: 619-400-5832
Email: hartley@stuevesiegel.com

Attorneys for Plaintiff