JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VARAS,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTV, LLC,<br><br>    Defendant. | Case No. 2:16-cv-01395-SVW-AS<br><br>[PROPOSED] **JUDGMENT**<br><br><br>Date Action Filed:   February 29, 2016<br>Pretrial Conference: November 20, 2017<br>Trial Date:                November 21, 2017 |

1 | The Court has reviewed the Parties' Stipulation and Joint Motion That the Court
2 | Enter Judgment in Favor Of Plaintiff filed November 16, 2017. Good cause appearing,
3 | the Court hereby GRANTS the Parties' Stipulation and Joint Motion.
4 | The issues having been fully considered, IT IS ORDERED AND ADJUDGED
5 | that

1) Plaintiff Varas shall recover judgment against Defendant DirecTV, LLC in the amount of $52,158.04.

2) The deadline for filing any petition, bill or motion to recover costs and/or attorneys' fees shall be tolled pending any appeal of the Final Judgment entered by the Court, or until the Parties otherwise finally resolve this dispute, whichever occurs first.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 11/17/2017   By: _____
                         Hon. Stephen V. Wilson